**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Justin Douglas NASON, Defendant—Appellant.**

**No. 10–30103.**

United States Court of Appeals, Ninth Circuit.

---

*See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provid-

Submitted Sept. 27, 2011.*

Filed Oct. 3, 2011.

William E. Fitzgerald, Assistant U.S., U.S. Attorney's Office, Eugene, OR, Kelly A. Zusman, Assistant U.S., Office of the U.S. Attorney, Portland, OR, for Plaintiff–Appellee.

Kelly R. Beckley, Beckley Law Firm, P.C., Eugene, OR, for Defendant–Appellant.

Justin Douglas Nason, pro se.

Before: HAWKINS, SILVERMAN, and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

Justin Douglas Nason appeals from his guilty-plea conviction and 180–month sentence for being a felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1), 924(e). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Nason's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided the appellant with the opportunity to file a pro se supplemental brief. Nason has filed a pro se brief, and no answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300

(1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

